United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14603-amc
Ayanna Smith                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: jch           Page 1 of 1              Date Rcvd: Sep 27, 2017
                          Form ID: 175        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
db        +Ayanna Smith,   6126 Hazel Avenue,   Philadelphia, PA 19143-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor Ayanna  Smith john@erikjensenlaw.com,
       regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
      MARTIN A. MOONEY    on behalf of Creditor   TD BANK, N.A. tshariff@schillerknapp.com,
       ahight@schillerknapp.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ayanna Smith
    Debtor(s)

Case No: 17−14603−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay First & Second Installment in the total amount of $160.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 10/17/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 27, 2017

27
Form 175