```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 17-14603-amc
Ayanna Smith                                                            Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                 Page 1 of 1          Date Rcvd: Oct 11, 2017
                              Form ID: pdf900             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db             +Ayanna Smith,    6126 Hazel Avenue,    Philadelphia, PA 19143-2225
13947928      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
13990232       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13947929       +Bankamerica,   4909 Savarese Cir,    Tampa, FL 33634-2413
13990092        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13947930       +Cb Lancaster,   218 West Orange St,    Lancaster, PA 17603-3746
13975425       +TD Bank, N.A.,    PO Box 16029,   Lewiston, ME 04243-9507
13947937       +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 12 2017 01:51:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:51:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2017 01:51:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13947927       +E-mail/Text: EBNProcessing@afni.com Oct 12 2017 01:51:12      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13947931       +E-mail/Text: bknotice@erccollections.com Oct 12 2017 01:51:11      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13947932        E-mail/Text: camanagement@mtb.com Oct 12 2017 01:50:56      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13947933       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 12 2017 01:51:09      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13947934       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 01:58:13
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13947935       +E-mail/Text: bankruptcy@sw-credit.com Oct 12 2017 01:51:10      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
13947936       +E-mail/Text: bankruptcy@td.com Oct 12 2017 01:51:11      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240-7799
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Ayanna  Smith john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AYANNA SMITH                                        Chapter 13

                Debtor                    Bankruptcy No. 17-14603-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this \_\_11th\_\_ day of \_\_October\_\_, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
AYANNA SMITH

6126 HAZEL AVENUE

PHILADELPHIA, PA 19143